RANDY S. GROSSMAN
Acting United States Attorney
LAWRENCE A. CASPER
California State Bar No. 235110
SHAWNA R. PREWITT
Illinois Bar No. 6300593
Assistant U.S. Attorneys
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6734/7937
Email: Lawrence.casper@usdoj.gov
         Shauna.Prewitt@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 20CR2500-LAB |
|---|---|
| Plaintiff, | **UNITED STATES' MOTIONS *IN LIMINE* TO:** |
| v. |  |
| PERRY EDWARD DAVIS, | (1) **ADMIT EXPERT TESTIMONY;** |
| Defendant. | (2) **ADMIT INEXTRICABLY INTERTWINED AND RULE 404(B) EVIDENCE;** |
|  | (3) **ADMIT TEXT MESSAGES BETWEEN DEFENDANT AND OVERDOSE VICTIM;** |
|  | (4) **ADMIT 911 CALL AND VIDEO AND BODY CAMERA FOOTAGE;** |
|  | (5) **PROHIBIT REFERENCE TO PUNISHMENT;** |
|  | (6) **STRIKE DEFENSE EXPERT(S);** |
|  | (7) **PRECLUDE REFERENCE TO UNRELATED CHARACTER ISSUES OF VICTIM; and** |
|  | (8) **COMPEL RECIPROCAL DISCOVERY** |

# I.
# UNITED STATES' MOTIONS *IN LIMINE*

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, Acting United States Attorney, and Lawrence A. Casper, Assistant United States Attorney, hereby moves the Court, *in Limine,* to: (1) Admit Expert Testimony; (2) Admit Inextricably Intertwined and Rule 404(B) Evidence; (3) Admit Text Messages Between Defendant and Overdose Victim; (4) Admit 911 Call and Video and Body Camera Footage; (5) Prohibit Reference to Punishment; (6) Strike Defense Experts; (7) Preclude Reference to Unrelated Character Issues of Victim; and (8) Compel Reciprocal Discovery.

# II.
# CONCLUSION

For the reasons detailed in the accompanying memorandum in support of the foregoing Motions *in Limine*, the United States urges the Court to grant each of the foregoing motions.

DATED: July 15, 2021                                        Respectfully submitted,

                                                            RANDY S. GROSSMAN
                                                            Acting United States Attorney

                                                            /s/*Lawrence A. Casper*
                                                            Lawrence A. Casper
                                                            Shauna R. Prewitt
                                                            Assistant United States Attorneys